THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Deborah **MECKLER** (Executrix of the Estate of Alton B. Hornback), Plaintiff–Appellant,

v.

**UNITED STATES, Defendant–Appellee.**

No. 2011–5040.

United States Court of Appeals, Federal Circuit.

Dec. 13, 2011.

Phillip A. Bennett, Knobbe, Martens, Olson & Bear, LLP, of San Diego, California, argued for plaintiff-appellant. With him on the brief was Boris Zelkind.

Susan L.C. Mitchell, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were Tony West, Assistant Attorney General and John J. Fargo, Director.

Before BRYSON, CLEVENGER and, LINN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**WESTERN MANAGEMENT, INC.,** Plaintiff–Appellant,

v.

**UNITED STATES, Defendant–Appellee.**

Nos. 2011–5049, 2011–5064.

United States Court of Appeals, Federal Circuit.

Dec. 13, 2011.

Robert E. Kovacevich, of Spokane, Washington, argued for plaintiff-appellant.

Regina S. Moriarty, Attorney, Appellate Section, Tax Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were Gilbert S. Rothenberg, Acting Deputy Assistant Attorney General, and Bruce R. Ellisen, Attorney.

Before NEWMAN, BRYSON, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**